**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBLOX CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" , <br><br> Defendants. | Case No. 1:25-cv-07153 <br><br> **Judge Manish S. Shah** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff ROBLOX CORPORATION ("ROBLOX" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and ROBLOX having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; ROBLOX having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants have sold products using infringing and counterfeit versions of ROBLOX's federally registered trademarks, which are covered by U.S. Trademark Registration Nos. 6,102,343; 5,515,648; 6,200,694, 5,466,424; 6,024,416; and 3,280,422 (collectively, the "ROBLOX Trademarks) and/or products infringing ROBLOX's registered copyright, which is covered by U.S. Copyright Registration No. VA 2-304-564 (the "ROBLOX Work").

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that ROBLOX's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. Using the ROBLOX Trademarks and/or ROBLOX Work or any reproductions, counterfeit/infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is

not a genuine ROBLOX product or not authorized by ROBLOX to be sold in connection with the ROBLOX Trademarks and/or ROBLOX Work;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ROBLOX product or any other product produced by ROBLOX, that is not ROBLOX's or not produced under the authorization, control, or supervision of ROBLOX and approved by ROBLOX for sale under the ROBLOX Trademarks and/or ROBLOX Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of ROBLOX, or are sponsored by, approved by, or otherwise connected with ROBLOX; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ROBLOX, nor authorized by ROBLOX to be sold or offered for sale, and which bear any of ROBLOX's trademarks or copyrights, including the ROBLOX Trademarks and ROBLOX Work, or any reproductions, counterfeit/infringing copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account, to sell counterfeit and infringing goods using the ROBLOX Trademarks and/or ROBLOX Work; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ROBLOX Trademarks and/or ROBLOX Work or any reproductions, counterfeit/infringing copies, or colorable imitations thereof that is not a genuine ROBLOX product or not authorized by ROBLOX to be sold in connection with the ROBLOX Trademarks and/or ROBLOX Work.

3. Upon ROBLOX's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ROBLOX Trademarks and/or ROBLOX Work.

4. Pursuant to 15 U.S.C. § 1117(c)(2), ROBLOX is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five hundred dollars ($12,500) for willful use of counterfeit ROBLOX Trademarks on products sold through at least the Defendant Internet Stores.

5. Pursuant to 17 U.S.C. § 504(c)(2), ROBLOX is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five hundred dollars ($12,500) for willful use of the infringing ROBLOX Work on products sold through at least the Defendant Internet Stores.

6. The award of damages is not cumulative. Each Defaulting Defendant is liable for a total of $12,500 in damages.

7. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 4-5 above) or other of Defaulting Defendants' assets.

8. All monies (up to the amount of the statutory damages awarded in Paragraphs 4-5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to ROBLOX as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to ROBLOX the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

9. Until ROBLOX has recovered full payment of monies owed to it by any Defaulting Defendant, ROBLOX shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10. In the event that ROBLOX identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, ROBLOX may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Christian Bayley and any e-mail addresses provided for Defaulting Defendants by third parties.

11.     To obtain release of the bond previously posted in this action, Plaintiff's counsel must file

a motion for the return of the bond once the preliminary injunction no longer applies to any

Defendant.

This is a Default Judgment.

Dated: August 7, 2025

Manish S. Shah
United States District Judge

## First Amended Schedule A

| No | Defendants |
|----|------------|
| 1 | Fuyiluoliudianzikeji |
| 2 | Gonggebaihuoshanghang |
| 3 | huangtaozuxuxiecaiyouxian |
| 4 | jinhua city center changdianzi shangwushanghang |
| 5 | JKHBGASJKHA |
| 6 | KunMingPuSheGeShangMao |
| 7 | Pinnacle of Glory Store |
| 8 | |
| 9 | Qian Zuo Mao Yi You |
| 10 | REDHONGLG |
| 11 | shanxishengwanrongxianchanghaodaoguoshuzhuanyehezuoshe |
| 12 | TING'S SOUL |
| 13 | zhangjingwencx |
| 14 | beijingyigaolanhewenhua |
| 15 | chag market |
| 16 | Crooz Kviee |
| 17 | cuilijuan market |
| 18 | |
| 19 | |
| 20 | |
| 21 | HuangYinZhuang |
| 22 | |
| 23 | jinanzhiyujiankangkejiyouxiangongsi |
| 24 | jiuyi shop |
| 25 | junshangcheng |
| 26 | |
| 27 | LIYOUMEI |
| 28 | Loxiasnama |
| 29 | QiHuiWireless |
| 30 | QiZhong toys store |
| 31 | shenzhenshitianyifeifandianzikejiyouxiangongsi |
| 32 | tujiao |
| 33 | WeiSen Lnc |
| 34 | WIBUE |
| 35 | Yoahizfa |
| 36 | |
| 37 | ZhengYouXiang |
| 38 | |
| 39 | DINH VAN TRUNG |

| | |
|---|---|
| 40 | guizhouteenwenhuachuanmeiyouxiangongsi |
| 41 | HANyakui |
| 42 | hengyangniganshangmaoyouxiangongsi |
| 43 | HONG nhung |
| 44 | huangmeijie666 |
| 45 | lianglongfei |
| 46 | LinCangXuanMeiShangMaoYouXianGongSi |
| 47 | Love Wen |
| 48 | LUGIGB |
| 49 | Pluto Bus |
| 50 | The nose |
| 51 | Togawa Trading |
| 52 | Tran Y Shop |
| 53 | XIAOBO ART |
| 54 | YULongH |
| 55 | ZYUQI |